# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT GENE BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM C. TOMAN, JR., R.M. ASHLEY, | ) | **CIVIL JUDGMENT** |
| K.D. MACKEY, P.J. GRAHAM, RON SMITH, | ) | **CASE NO. 5:13-CV-214-D** |
| UNKNOWN FEMALE OFFICER, and C.C. BLAKE, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that the Court DISMISSES this action under 28 U.S.C. § 1915(g).  The Clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **APRIL 1, 2013** WITH A COPY TO:

Robert Gene Bailey, Pro se  (via USPS to (0014848 - Hyde Correctional Institution, P.O. Box 278, Swan Quarter, NC 27885)

April 1, 2013
Date

JULIE A. RICHARDS, Clerk
Eastern District of North Carolina

/s/ Debby Sawyer
(By) Deputy Clerk

Raleigh, North Carolina